1
2
3
4
5
6
7
8
9

10        **UNITED STATES DISTRICT COURT**

11        **CENTRAL DISTRICT OF CALIFORNIA**

12

13    JO ARMUTH, on behalf of herself and         )    CASE NO.: CV 11-220-AHM (Ex)
      all others similarly situated,              )

14                    Plaintiff,                  )    Honorable A. Howard Matz
                                                  )    Dept. 14
15            vs.                                  )

16    JOHN LINTON, MERCATIS                        )
      VENTURES I LLC; MERCATIS                     )    [~~PROPOSED~~] **PROTECTIVE**
17    MEDIA, LLC; AG SKINCARE, LLC;                )    **ORDER**
      JONATHAN FLICKER; BRETT                      )
18    SAEVITZON; TODD KESSELMAN;                   )    Action Filed:        April 14, 2010
      PINNACLE DIRECT MARKETING,                   )    Action Removed:  January 10, 2011
19    LLC; BEST FORMULATION;                       )    Trial Date:          April 3, 2012
      BIOZONE LABORATORIES, INC. and               )
20    DOES 1 through 50, inclusive,                )

21                    Defendants.                  )

22

23

24                    **TO THIS HONORABLE COURT:**

25

26            Based on the representations of counsel, and good cause appearing therefore, the

27    Court approves the parties Stipulation for Protective Order filed on _6/27/11_   as

28    ///

_____

                        **[PROPOSED] PROTECTIVE ORDER**

Docket No. ___39-1___, the terms of which shall be enforceable by this Court in all respects.

**IT IS SO ORDERED.**

Date: _6/27/11_

                                   Hon. ~~A. Howard Matz~~ *Charles F. Eick*
                                   United States ~~District Court Judge~~
                                   *Magistrate Judge*

---