O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-00220-AHM (Ex) | Date | August 27, 2012 |
|---|---|---|---|
| Title | JO ARMUTH v. JOHN LINTON, et al | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** IN CHAMBERS (No Proceedings Held)

After further consideration following this morning's hearing, the Court awards plaintiffs' counsel $199,250.00.

|   | : |   |
|---|---|---|
| Initials of Preparer | SMO | |