O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-00220 AHM (Ex) | Date | October 3, 2012 |
|---|---|---|---|
| Title | JO ARMUTH v. JOHN LINTON et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

Having received the parties' Joint Status Report Regarding Proposed Distribution of Unclaimed Settlement Funds,[1] the Court hereby ORDERS that all unclaimed settlement funds shall be distributed through a *cy pres* award to the Federal Trade Commission ("FTC"), Bureau of Consumer Protection. The parties are ORDERED to cooperate fully and promptly to provide the transfer of the funds in a manner consistent with FTC procedures.

                                                                              :
                                                    Initials of Preparer   SMO

---

[1] Dkt. 76.