O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-00220 AHM (Ex) | Date | December 5, 2012 |
|---|---|---|---|
| Title | JO ARMUTH v. JOHN LINTON et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

The Court has received the [Proposed] Order and Judgment on Motion for Final Approval of Class Settlement.  The Court notes that paragraph 10 of the proposed order states that there are 271 valid claimants with a total of 531 approved purchases.  As of August 2, 2012, Plaintiff reported in the motion for final approval of the class settlement that there were 276 valid claimants and a total of 536 approved purchases.  The Court ORDERS Plaintiff to explain this discrepancy by Friday December 7, 2012

                                                                                             :

                                        Initials of Preparer        SMO