O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-220 AHM (Ex) | Date | December 7, 2012 |
|---|---|---|---|
| Title | JO ARMUTH v. JOHN LINTON et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court, having reviewed the Parties' Joint Motion For Final Approval of Class Settlement and good cause appearing thereon, ORDERS as follows:

All terms in this Order are defined pursuant to the definitions provided in the Settlement Agreement agreed to on February 21, 2012 and filed on February 22, 2012.

1. Final settlement of this class action is hereby APPROVED as being in the best interests of the settlement class members.

2. The terms of the settlement are fair, reasonable and adequate pursuant to Federal Rule of Civil Procedure 23(e).

3. The manner and form of giving notice of the settlement to settlement class members fairly apprised them of the terms of the settlement. Class notice was given on May 2, 2012 and May 16, 2012 by claims administrator CPT Group.

4. The total administration fee to be paid to claims administrator CPT Group is $55,000.00. The Court approves these fees and finds them reasonable.

5. The Court approves the form and manner of dissemination of the cash-payout to the class members as set forth in the Settlement Agreement.

6. The total settlement award to be paid to the class, which the Court finds

O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-220 AHM (Ex) | Date | December 7, 2012 |
|---|---|---|---|
| Title | JO ARMUTH v. JOHN LINTON et al. | | |

reasonable, is $797,000.00.

7. Class counsel and the class representative adequately represented the class and shall be awarded attorneys' fees, which the Court finds reasonable, in the amount of $199,250.00.

8. Class Representative Jo Armuth is entitled to a service award payment of $5,000.00.

9. Each class claimant is entitled to an award of $13.56 for each approved purchase.

10. There are 271 valid claimants with a total of 531 approved purchases. Therefore, the total payout to the class claimants is $7,200.36.

11. The remaining funds after each claimant is paid his or her respective award are $530,549.64.

12. The new *cy pres* recipient approved by this Court on November 26, 2012 to receive the remaining funds is the National Consumer Law Center ("NCLC"). The prior-announced *cy pres* award to the FTC Bureau of Consumer Protection is hereby rescinded.

13. Counsel for the class has contacted NCLC to notify it that it is has been designated and approved as the new *cy pres* recipient. Counsel for the class has contacted Defendants' counsel and claims administrator CPT and provided them information regarding instructions and payment to NCLC.

|  | : |  |
|---|---|---|
|  | Initials of Preparer | SMO |

O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-220 AHM (Ex) | Date | December 7, 2012 |
|---|---|---|---|
| Title | JO ARMUTH v. JOHN LINTON et al. | | |